An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER MICHAEL
PATTERSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
ELISSA F. CADISH, DISTRICT JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 66571

**FILED**

NOV 13 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying petitioner's motion for an independent psychological evaluation of a child victim of sexual assault.[1] Petitioner is awaiting trial on multiple charges in connection with his alleged sexual abuse of two child victims. He filed a motion seeking an independent psychological evaluation of alleged victim C.K. pursuant to *Abbott v. State,* 122 Nev. 715, 138 P.3d 462 (2006), which the district court denied, concluding that petitioner had not shown a compelling need for such an evaluation under applicable law. Because petitioner can challenge the

---

[1]In the alternative, petitioner seeks a writ of prohibition. Because the district court had jurisdiction to consider the motion for an independent psychological evaluation, prohibition is inappropriate. *See* NRS 34.320.

14-37379

district court's decision on appeal in the event that he is convicted, NRS 177.015(3); NRS 177.045, he has a plain, speedy, and adequate remedy at law and, therefore, this court's intervention by way of an extraordinary writ is not warranted, NRS 34.170. Petitioner has not pointed to any circumstances that reveal urgency or strong necessity for this court to intervene even though there is an alternative remedy available. *Cf. Salaiscooper v. Eighth Judicial Dist. Court*, 117 Nev. 892, 901-02, 34 P.3d 509, 515-16 (2001) (concluding that review through writ petition was warranted even though there was an alternative remedy where there were 56 similar cases with the same issues pending in lower courts and petition presented issue of great statewide importance). Accordingly, we deny the petition. *See* NRAP 21(b).

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc: Hon. Elissa F. Cadish, District Judge
The Law Office of Dan M. Winder, P.C.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk